tion of captain in the police department of the city of New York.

*Frank B. York* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK GORMAN, Appellant, *v.* J. HARVEY BELL et al., as Police Commissioners of the City of Yonkers, Respondents.

*People ex rel. Gorman* v. *Bell*, 125 App. Div. 205, affirmed.
(Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1908, which confirmed an order of the defendants dismissing the relator from the police force of the city of Yonkers.

*William A. Walsh* for appellant.

*Thomas F. Curran* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Accounting of MARTIN J. KEOGH et al., as Trustees under the Will of DAVID JONES, Deceased.

WALTER D. STARR, Individually and as Administrator of the Estate of MARY C. D. STARR et al., Appellants; JULIA D. HAVILAND et al., Respondents.

*Matter of Keogh,* 126 App. Div. 937, affirmed.
(Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered